39 A.3d 994

Bayak HAYES, Petitioner

v.

COMMONWEALTH of Pennsylvania, Respondent.

No. 141 EM 2011.

Supreme Court of Pennsylvania.

March 8, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 8th day of March, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**